### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. MELANIE TORRES,                      ) | |
|                        ) | |
|          Plaintiff,         ) | |
|                        ) | |
| v.                           ) | CIV-14-600-W |
|                        ) | |
| 1. CARLSBAD MANAGEMENT     ) | |
|      GROUP LLC,             ) | |
|                        ) | |
|                        ) | |
| 2. CARLSBAD MANAGEMENT     ) | |
|      GROUP II, LLC           ) | |
|                        ) | |
|          Defendants.      ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

### RESPECTFULLY SUBMITTED THIS 17th DAY OF JULY, 2015.

s/ Christine Coleman Vizcaino
Mark Hammons, OBA #3784
Christine Coleman Vizcaino, OBA # 30527
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
mark@hammonslaw.com
christine@hammonslaw.com
*Counsel for Plaintiff*

s/ Shannon K. Emmons
*(Signed by filing party with permission)*
Robert O'Bannon, OBA #06734
Shannon K. Emmons, OBA #14272
Kathryn D. Terry, OBA #17151
PHILLIPS MURRAH P.C.
Corporate Tower/Thirteenth Floor
101 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile:  (405) 235-4133
roobannon@phillipsmurrah.com
skemmons@phillipsmurrah.com
kdterry@phillipsmurrah.com